U.S. Bankruptcy Court,    RECEIVED    6-11-2013

The Honorable Judge/Kathleen H. Sanberg,   13 JUN 12 AM 9: 30

RE: Sylva Corp., Inc.

 Larry and Yvonne Doose for Sylva Corp. have made no payments this year to Central Fleet Service & Parts, Inc. for a job that was done last Sept. 2012. If they would have paid $100.00 mo. payments, this bill would have been paid off by now. In fact, within the last couple of months they have taken approx. 10 D.O.T. jobs to another business called Central MN Truck & Auto in Pease, MN (Owner Nate Pollema 1-320-369-4646). I do not know if they have been paid or not, as I have only been able to talk to an employee, not accounting.

 This does not even give us a chance to re-coop any of our old expenses. A major company in St. Cloud said they sell Sylva parts, but do not refund any of their cores, which goes off their old bill. In this way they are re-cooping their old expenses.

 I've talked to another company in Princeton, North Star Alternator & Starter (Owner Jeff Myers 763-631-9555), he has also received bankruptcy papers and they have not received any payments, nor any other work from Sylva Corp.

 Another local company, N.A.P.A. Of Princeton, a parts supplier (763-389-8098), said that they had received a call from Larry Doose asking if he could still buy parts them. N.A.P.A. said, "Yes, but bring a check with." That was the last time they heard from Larry Doose.

 My whole point is that they are out doing business with mostly new companies and not giving the old companies that they filed bankruptcy on, a chance. In a small town of Princeton; where does that leave any of us?

 Having a business in a small town, everyone is aware of others' business including, Larry and Yvonne Doose, whom had plenty of money to pay their lawyers for their ongoing divorce that went on the past several months, in return, that would have paid off us pee-ons in their local town. Another thing, has any one ever seen the home and premises that they live on? It's gorgeous, with courts and even a gated driveway. It's unbelievable that a couple can live so lavishly and yet file bankruptcy without any changes to their personal lifestyle.

 I am asking the court, to please, somehow, that Sylva Corp. be ordered to start making restitution to the companies that they filed bankruptcy on. Thank You.

Sincerely,

*[signature]*

Central Fleet Service & Parts, Inc.

BKY 13-41654 (ORDER FOR STATUS CONFERENCE)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Sylva Corporation, Inc.,           **ORDER FOR STATUS CONFERENCE**

                Debtor.           BKY 13-41654

---

At Minneapolis, Minnesota, June 3, 2013.

    IT IS ORDERED:

    1.    A status conference will be held in courtroom 8 West, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, on June 19, 2013, at 10:00 a.m.

    2.    At the status conference, the court shall issue orders prescribing such limitations and conditions as the court deems appropriate to ensure that this case is handled expeditiously and economically, including:

        a.    setting a deadline for assuming or rejecting executory contracts or unexpired leases and

        b.    setting a date by which a plan and disclosure statement must be filed.

    3.    The debtor, the debtor's attorney, the attorney, if any, for the Creditors' Committee, and a representative of the United States Trustee, shall attend the status conference. Other parties in interest and their attorneys are welcome to attend.

                              /e/ Kathleen H. Sanberg
                              KATHLEEN H. SANBERG
                              UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/03/2013
Lori Vosejpka, Clerk, by LH

WED-65505 08644 pdf222 13-41654
BAE Systems
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, VA 20171-3514

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
in the
UNITED STATES BANKRUPTCY COURT

013471 13471 1 AT 0.381 55371 73 7289-0-13471
Central Fleet Service, Inc.
12575-313th Avenue
Princeton MN 55371-3492

**FIRST-CLASS MAIL**

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18